Peter R. Dion-Kindem (SBN 95267)
The Dion-Kindem Law Firm
Peter R. Dion-Kindem, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, CA 91367
Telephone:  (818) 883-4900
Fax:          (818) 883-4902
Email: peter@dion-kindemlaw.com

Attorneys for Plaintiff Barry Rosen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Rosen,<br><br>        Plaintiff,<br><br>        v.<br><br>Moguldom Media Group, LLC, and Does 1 Through 10,<br><br>        Defendants. | **Case No.  12-02983 DDP (FMOx)**<br><br>**Joint Stipulation re Dismissal of Action** |

    Plaintiff Barry Rosen and Defendant Moguldom Media Group, LLC have settled this action and agree that the entire action may be dismissed with prejudice, with all of the parties bearing his or its own fees and costs.

**Stipulation re Dismissal of Action**
1

Dated: November 8, 2012            THE DION-KINDEM LAW FIRM


                                   By:   /s Peter R. Dion-Kindem
                                         Peter R. Dion-Kindem, P.C.
                                         Peter R. Dion-Kindem
                                         Attorneys for Plaintiff Barry Rosen


Dated: November 8, 2012            FOLEY & LARDNER, LLP


                                   By:   /s Laura Chapman
                                         Laura Chapman
                                         Attorneys for Defendant Moguldom
                                         Media Group, LLC

**Stipulation re Dismissal of Action**

2