Peter R. Dion-Kindem (SBN 95267)
Peter R. Dion-Kindem, P. C.
Dion-Kindem & Crockett
21271 Burbank Blvd., Suite 100
Woodland Hills, CA 91367
Telephone: (818) 883-4400
Fax:           (818) 676-0246

Attorneys for Plaintiff Barry Rosen

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Rosen,<br><br>    Plaintiff,<br><br>    v.<br><br>Moguldom Media Group, LLC, and Does 1 Through 10,<br><br>    Defendants. | **Case No. 12-02983 DDP (FMOx)** |

Pursuant to the Stipulation of Plaintiff Barry Rosen and Defendant Moguldom Media Group, LLC, this action is dismissed with prejudice, with each party to bear its own fees and costs.

Dated: November 09, 2012          _____

                                                              DISTRICT COURT JUDGE

**Order re Dismissal of Action**

1